**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| EFRAIN GOMEZ VALENZUELA, | No. 12-72214 |
| Petitioner, | Agency No. A044-568-768 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013**

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Efrain Gomez Valenzuela, a native and citizen of Mexico and lawful

permanent resident, petitions for review of the Board of Immigration Appeals'

order dismissing, upon reconsideration, his appeal from an immigration judge's

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of cancellation of removal as a matter of discretion. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that Gomez Valenzuela's application for cancellation of removal did not warrant a favorable exercise of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i) (barring review of denials of discretionary relief). Gomez Valenzuela's contention that he was denied meaningful review is not supported by the record and therefore is not a colorable claim invoking our jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D); *Martinez-Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**